UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGAN T. PADGETT,

    Plaintiff,

v.                                             Case No. 8:22-cv-1330-KKM-MRM

STATE OF FLORIDA, et al.,

    Defendants.
_____

# ORDER

On September 13, 2022, the Court entered an Order, (Doc. 8), striking Logan T. Padgett's Complaint in accordance with 28 U.S.C. § 1915(e)(2). The Court directed Padgett to file a new complaint on or before September 26, 2022. Padgett has not done so or asked for an extension of time. Accordingly, the Court's prior Order has become a final judgment, meaning the Court cannot "'grant any more extensions' of time to amend the complaint" and must dismiss the case. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–722 (11th Cir. 2020) (explaining that an "order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff seeking an extension" (citing *Hertz Corp. v. Alamo Rent-A-Car, Inc.*, 16 F.3d 1126 (11th Cir. 1994))).

The Clerk is directed to **TERMINATE** any pending motions and deadlines, to **ENTER** judgment in accord with the final order, (Doc. 8), and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on October 11, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**